# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERNEST JORD GUARDADO,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70294

**FILED**

JUL 07 2016


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a corrected judgment of conviction. Second Judicial District Court, Washoe County; Lynne K. Simons, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the corrected judgment of conviction on October 7, 2015, nunc pro tunc to November 5, 2004. Appellant did not file the notice of appeal, however, until April 27, 2016, well after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

16-21199

cc: Hon. Lynne K. Simons, District Judge
Ernest Jord Guardado
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A